**91–2152.** Ingram v. Stokes. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2171.** Russell v. Parker. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2304.** State, ex rel. Gnatovich, v. Kimbler. In Prohibition. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–572.** State, ex rel. Williams, v. Cleveland. *Cuyahoga County*, No. 57769. On request for oral argument. Request denied.